UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Kasey Carroll, | Case No. 2:24-cv-01198-CDS-BNW |
| Plaintiff | **Notice Regarding Intent to Dismiss Under Local Rule 41-1** |
| v. | |
| D. Alatorre, et al., | |
| Defendants | |

Plaintiff Kasey Carroll initiated this action in July 2024 without paying the filing fee or filing an application to proceed *in forma pauperis*. Compl., ECF No. 1. So United States Magistrate Judge Brenda Weksler ordered Carroll to either: (1) file a complete application or (2) pay the full $405 fee for a civil action by August 7, 2024. Order, ECF No. 3. Almost a year has passed since that deadline and Carroll has not submitted either option, requested more time to do so, or communicated with the court in any way.

This district's Local Rules provide for dismissal of an action for want of prosecution:

> All civil actions that have been pending in this Court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte or on the motion of an attorney or pro se party.

LR 41-1. Further, it is within the inherent power and discretion of the court to sua sponte dismiss a civil case for lack of prosecution. Fed. R. Civ. P. 41(b). A plaintiff must prosecute his case with "reasonable diligence" to avoid dismissal under to Rule 41(b). *Anderson v. Air W., Inc.*, 542 F.2d 522, 524 (9th Cir. 1976). Therefore, this serves as notice that the complaint will be dismissed for lack of prosecution under LR 41-1 and Fed. R. Civ. P. 41(b) unless Carroll takes action in this matter.

This notice may be discharged by: (1) filing a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) paying the full $405 filing fee. Failure to respond by June 20, 2025, will result in dismissal without prejudice without further notice.

Dated: June 5, 2025

_____
Cristina D. Silva
United States District Judge